UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT and AMERICAN INDEPENDENT PARTY,<br><br>        Plaintiffs - Appellants,<br><br>and<br><br>CLARA DAIMS and SUZANNE BUSHNELL,<br><br>        Plaintiffs,<br><br> v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State; et al.,<br><br>        Defendants - Appellees. | No. 16-16717<br><br>D.C. No. 3:16-cv-02739-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

      The Court of Appeals' records do not indicate that appellants have filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

      Within seven (7) days of the filing of this order, appellants shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov); (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b); or (c) show cause in writing why this appeal should not be dismissed pursuant to Ninth Cir. R.

42-1. Failure to comply with this order will result in dismissal pursuant to Ninth Cir. R. 42-1.

Information about the mediation program may be found on the court's website: www.ca9.uscourts.gov/mediation.

FOR THE COURT:

Beatriz Smith
Deputy Clerk

bs/mediation