UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VOTING RIGHTS DEFENSE
PROJECT and AMERICAN
INDEPENDENT PARTY,

        Plaintiffs - Appellants,

 and

CLARA DAIMS and SUZANNE
BUSHNELL,

        Plaintiffs,

  v.

ALEX PADILLA, in his official
capacity as Secretary of State; et al.,

        Defendants - Appellees.

No. 16-16717

D.C. No. 3:16-cv-02739-WHA
U.S. District Court for Northern
California, San Francisco

**ORDER**

      This case is NOT SELECTED for inclusion in the Mediation Program.

      Counsel may contact Roxane Ashe, Circuit Mediator, at 415-355-7911 or roxane_ashe@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

FOR THE COURT:

Virna Sanchez
vs/mediation				Deputy Clerk