UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 08 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT and AMERICAN INDEPENDENT PARTY, <br><br>         Plaintiffs - Appellants, <br><br> and <br><br> CLARA DAIMS and SUZANNE BUSHNELL, <br><br>         Plaintiffs, <br><br>   v. <br><br> ALEX PADILLA, in his official capacity as Secretary of State; et al., <br><br>         Defendants - Appellees. | No. 16-16717 <br><br> D.C. No. 3:16-cv-02739-WHA <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The appellants' motion (Docket Entry No. 9) for an extension of time to file the opening brief is granted. The appellants' opening brief is due March 13, 2017; the appellees' answering brief is due April 12, 2017; and the optional reply brief is due within 14 days after service of the last-served answering brief.

This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b). The appellants are informed that a motion for an extension of time to file a brief should include the position of

opposing counsel. 9th Cir. R. 31-2.2(b)(6). A motion for an extension of time to file a brief should include a statement regarding the status of transcript preparation. 9th Cir. R. 31-2.2(b)(7).

                                                FOR THE COURT:

                                                MOLLY C. DWYER
                                                CLERK OF COURT

                                                By: Terri Haugen
                                                Deputy Clerk
                                                Ninth Circuit Rule 27-7