UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT and AMERICAN INDEPENDENT PARTY, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> CLARA DAIMS and SUZANNE BUSHNELL, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, in his official capacity as Secretary of State; et al., <br><br> Defendants - Appellees. | No. 16-16717 <br><br> D.C. No. 3:16-cv-02739-WHA <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The appellants' unopposed late motion (Docket Entry No. 11) for a third extension of time to file the opening brief is granted. The appellants' opening brief is due April 12, 2017; the appellees' answering brief is due May 12, 2017; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7