William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Attorney for Plaintiffs-Appellants
Voting Rights Defense Project and
the American Independent Party

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENT PARTY, | No. 16-16717 |
| Plaintiffs-Appellants, | Cal. ND Case No. C-16-02739 |
| v. | NOTICE OF DISMISSAL OF APPEAL |
| ALEX PADILLA, et al., | |
| Defendants-Appellees.. | |

    Plaintiffs/Appellants elect to dismiss this appeal..

    Dated: April 12, 2017

    _____/s/_____
    WILLIAM M. SIMPICH
    Attorney for Plaintiffs
    VOTING RIGHTS DEFENSE PROJECT and
    AMERICAN INDEPDENDENT PARTY

NOTICE OF DISMISSAL      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28