**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT and AMERICAN INDEPENDENT PARTY,<br><br>        Plaintiffs-Appellants,<br><br> and<br><br>CLARA DAIMS and SUZANNE BUSHNELL,<br><br>        Plaintiffs,<br><br> v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State; et al.,<br><br>        Defendants-Appellees. | No. 16-16717<br><br>D.C. No. 3:16-cv-02739-WHA<br>Northern District of California, San Francisco<br><br>ORDER |

The appellants' motion (Docket Entry No. 13) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court.

tah/4.10.17/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7